

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00045-CV

IN THE INTEREST OF S.G., A CHILD

§ On Appeal from the 322nd District Court

§ of Tarrant County (322-727880-22)

§ April 25, 2024

§ Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the predicate-conduct finding under Family Code Section 161.001(b)(1)(N) only. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
       Justice Wade Birdwell